AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

WEIWEN TANG,
on his own behalf and on behalf of others similarly situated

*Plaintiff(s)*

v.

TOBIKO RESTAURANT, INC. (DOS ID#4472896)
d/b/a Tobiko et al.

*Defendant(s)*

Civil Action No. 18-cv-07443(JMA)(AKT)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   TROY LAW, PLLC
John Troy
41-25 Kissena Blvd, Suite 119
Flushing, NY 11355

Tel: (718) 762-1324

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date:   01/02/2019

*Deanna Rodin*
*Signature of Clerk or Deputy Clerk*

## *Full Caption*

|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK<br>----------------------------------------------------------X<br>WEIWEN TANG,<br>*on his own behalf and on behalf of others similarly situated*<br>Plaintiff,<br>v.<br>TOBIKO RESTAURANT, INC. (DOS ID#4472896) d/b/a Tobiko;<br>TOBIKO RESTAURANT INC (DOS ID#5207409) d/b/a Tobiko;<br>CHEN TOBIKO RESTAURANT, INC. d/b/a Tobiko;<br>NEW TOBIKO RESTAURANT, INC.<br>     d/b/a Tobiko; and<br>JIMMY H LIN,<br>SONGBO CHEN<br><br>                                                        Defendants.<br>----------------------------------------------------------X | Case No. 18-cv-07443 |

## *Defendants' Name with Address*

**TOBIKO RESTAURANT, INC. (DOS ID#: 4472896) d/b/a Tobiko**
209 West Merrick Road, Valley Stream, NY 11580

**TOBIKO RESTAURANT INC (DOS#5207409) d/b/a Tobiko**
209 West Merrick Road, Valley Stream, NY 11580

**CHEN TOBIKO RESTAURANT, INC. d/b/a Tobiko**
209 West Merrick Road, Valley Stream, NY 11580

**NEW TOBIKO RESTAURANT, INC. d/b/a Tobiko**
209 West Merrick Road, Valley Stream, NY 11580

**JIMMY H LIN**
209 West Merrick Road, Valley Stream, NY 11580

**SONGBO CHEN**
209 West Merrick Road, Valley Stream, NY 11580